IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MARK GRIFFIN, SR., et al.,**

    **Plaintiffs,**

vs.                        Civil Action 2:09-CV-210
                              Judge Sargus
                              Magistrate Judge King

**TERRY COLLINS, Director,
et al.,**

    **Defendants.**

### ORDER

On September 18, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the motion for default judgment filed by plaintiff Mark Griffin, Sr., be denied. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The motion for default judgment filed by plaintiff Mark Griffin, Sr., Doc. No. 17, is hereby **DENIED**.

10-27-2009
Date

Edmund A. Sargus, Jr.
United States District Judge