AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

**MARK GRIFFIN, SR., et al.,**

        **Plaintiffs,**

                        **JUDGMENT IN A CIVIL CASE**

**vs.**

                        **CASE NO.  C2-09-210**

**TERRY COLLINS, et al.,**           **JUDGE EDMUND A. SARGUS, JR.**

                        **MAGISTRATE JUDGE NORAH MCCANN KING**

        **Defendants.**

___   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

      **Pursuant to the Opinion and Order filed June 28, 2010, JUDGMENT is hereby entered for the Defendants.  This case is dismissed.**

Date: June 28, 2010                  JAMES BONINI, CLERK

                        */S/ Andy F. Quisumbing*
                        (By) Andy F. Quisumbing
                        Courtroom Deputy Clerk